IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:23-CV-00306-M-RN

| | |
|---|---|
| CHRISTIAN PROFFITT,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,<br><br>Defendant. | **APPENDIX TO MEMORANDUM OF LAW IN SUPPORT OF NCDPS'S MOTION TO DISMISS** |

NOW COMES Defendant, North Carolina Department of Public Safety ("NCDPS"), by and through undersigned counsel, and respectfully submits this Appendix with exhibits in support of its Motion to Dismiss.

1. Exhibit 1: Declaration of Ashby T. Ray
   A. Exhibit 1.A.: U.S. Postal Service Tracking Information as of October 19, 2023

2. Exhibit 2: Unpublished Opinion: *Allen v. City of Raleigh Police Department*, No. 5:21-CV-471-M, 2023 WL 2445412, *4 (E.D.N.C. Jan. 9, 2023)

3. Exhibit 3: Unpublished Opinion: *Diede v. UNC Healthcare*, No. 5:16-CV-788-BR, 2018 WL 3448219, at *1 (E.D.N.C. July 17, 2018)

4. Exhibit 4: Unpublished Opinion: *Fordham v. Doe*, No. 4:11-CV-32-D, 2011 WL 5024352, at *3 (E.D.N.C. Oct. 20, 2011)

5. Exhibit 5: Unpublished Opinion: *Thomas v. Green Point Mortg. Funding*, No. 5:10-CV-365-D, 2011 WL 2457835, at *1 (E.D.N.C. June 16, 2011)

This is the 22nd day of October, 2023.

                              **JOSHUA H. STEIN**
                              **Attorney General**

                              /s/ James B. Trachtman
                              James B. Trachtman
                              Special Deputy Attorney General
                              N.C. State Bar No.  22360
                              N.C. Department of Justice
                              Public Safety Section
                              Post Office Box 629
                              Raleigh, North Carolina 27602-0629
                              Telephone:    (919) 716-6943
                              Facsimile:    (919) 716-6761
                              E-Mail:        jtrachtman@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, I electronically filed the foregoing **APPENDIX TO MEMORANDUM OF LAW IN SUPPORT OF NCDPS'S MOTION TO DISMISS ALL CLAIMS** with the Clerk of the Court utilizing the CM/ECF system and, on the date below, have caused to be served said document upon the Plaintiff, a non-CM/ECF participant via United States Mail, first-class, postage prepaid addressed as follows:

    Christian Proffitt
    1533 Ellis Road
    B206
    Durham, NC  27703

This the   23rd   day of October, 2023.

                              /s/ James B. Trachtman
                              James B. Trachtman
                              Special Deputy Attorney General