IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:23-CV-00306-M-RN

| | |
|---|---|
| CHRISTIAN PROFFITT, ) | |
| ) | **NCDPS'S RESPONSE IN OPPOSITION** |
| Plaintiff, ) | **TO PLAINTIFF'S MOTION FOR** |
| ) | **DEFAULT JUDGMENT [D.E. 11]** |
| v. ) | |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, ) | |
| ) | |
| Defendant. ) | |

NOW COMES Defendant, North Carolina Department of Public Safety ("NCDPS"), by and through undersigned counsel, and hereby responds to the Motion for Default Judgment [D.E. 11] as follows:

## STATEMENT OF THE CASE

On June 8, 2023, Plaintiff, Christian Proffitt ("Plaintiff"), filed her initial Complaint alleging violations of the Americans With Disabilities Act. [D.E. 1] On August 11, 2023, the Court ordered Plaintiff to file an amended complaint within 14 days. [D.E. 5] On August 16, 2023, Plaintiff filed her Amended Complaint. [D.E. 6] On August 22, 2023, the Court issued its Order concluding that Plaintiff's lawsuit should be allowed to proceed. [D.E. 7] On August 8, 2023, the Court issued a Summons to NCDPS. [D.E. 8] On September 26, 2023, the U.S. Marshals Service filed a Process Receipt and Return containing the handwritten notation that the date of service upon NCDPS was "9/1/23," with an attachment reflecting the U.S. Post Office tracking information. [D.E. 10] On September 27, 2023, Plaintiff filed the subject Motion for Default Judgment ("Motion [11]"). [D.E. 11] On September 29, 2023, Plaintiff filed a Certificate of Service indicating that she served her Motion [11] upon NCDPS, in the person of Ashby T. Ray, on September 28, 2023. [D.E. 12]

## STATEMENT OF FACTS

NCDPS hereby incorporates, as if fully set forth, the Statement of Facts in its Memorandum of Law in Support of NCDPS's Motion to Dismiss [D.E. 15] filed contemporaneously herewith.

## ARGUMENT

To obtain a default judgment, a party must first seek an entry of default under Federal Rule of Civil Procedure 55(a). *Justice v. M.N.S. & Associates, LLC*, 638 F.Supp.3d 554, 558 (W.D.N.C. 2022) (quotations and citation omitted). Here, the docket reflects that Plaintiff did not seek an entry of default in this matter prior to filing her Motion [11]. Thus, her Motion [11] should be denied.

Furthermore, a court must have personal jurisdiction over the defendant to render a valid default judgment. *Id*. at 559. For the reasons stated in NCDPS's Memorandum of Law in Support of NCDPS's Motion to Dismiss [D.E. 15], filed contemporaneously herewith and incorporated herein as if fully set forth, the Court does not have personal jurisdiction over NCDPS. Specifically, the court lacks personal jurisdiction over NCDPS as a result of insufficient service of process and insufficient process. For that reason, as well, Plaintiff's Motion [11] should be denied.

## CONCLUSION

In light of the foregoing, Plaintiff's Motion [11] should be denied.

This is the 22nd day of October, 2023.

                                                     JOSHUA H. STEIN
                                                    **Attorney General**
                                                    /s/ James B. Trachtman
                                                    James B. Trachtman
                                                    Special Deputy Attorney General
                                                    N.C. State Bar No. 22360
                                                    N.C. Department of Justice
                                                    Public Safety Section
                                                    Post Office Box 629
                                                    Raleigh, North Carolina 27602-0629
                                                    Telephone:   (919) 716-6943
                                                    Facsimile:    (919) 716-6761
                                                    E-Mail:       jtrachtman@ncdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the above date, I electronically filed the foregoing **NCDPS'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [D.E. 11]** with the Clerk of the Court utilizing the CM/ECF system and, on the date below, have caused to be served said document upon the Plaintiff, a non-CM/ECF participant via United States Mail, first-class, postage prepaid addressed as follows:

Christian Proffitt
1533 Ellis Road
B206
Durham, NC  27703

This the  23rd   day of October, 2023.

/s/ James B. Trachtman
James B. Trachtman
Special Deputy Attorney General