IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00306-M-RN

CHRISTIAN PROFFITT,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT
OF PUBLIC SAFETY,

    Defendant.

ORDER

This matter comes before the court on pro se Plaintiff's motion for electronic filing privileges [DE 50]. Plaintiff "request[s] permission to file documents electronically." DE 50 at 1. The court may not grant such permission. *See* Local Civil Rule 5.1(b)(2) ("An unrepresented party . . . may not file electronically."); Electronic Case Filing Administrative Policies and Procedures Manual Section V(A)(1)(a) ("All filings made by pro se parties must be submitted to the clerk's office in paper by delivering the original filing(s) to the clerk's office during regular business hours or by mail. Pro se parties will not be provided a login and password for filing in CM/ECF."). Accordingly, the motion is denied.[1]

SO ORDERED this 26th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court understands Plaintiff's concerns regarding "efficient communication and filing processes." DE 50 at 1. To the extent helpful, Plaintiff "may register to be a receiving user of CM/ECF," in which case she will "receive[] notices of filings by email instead of regular mail." Local Civil Rule 5.1(b)(2). Instructions for doing so are available in the court's Electronic Case Filing Administrative Policies and Procedures Manual, available at https://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf.