IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-306-BO

| | |
|---|---|
| CHRISTIAN PROFFITT, Plaintiff, v. NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, Defendant. | ORDER |

This matter is before the court on referral to the undersigned to conduct a court-hosted settlement conference. [DE-90] at 25; July 22, 2025 Text Order. To facilitate the effective administration of the settlement conference, the court appoints Elliot Sol Abrams and Erin Wilson of Cheshire Parker Schneider, PLLC for the limited purpose of providing pro bono representation to Plaintiff related to the settlement conference.[1] Counsel shall enter an appearance within seven (7) days of the date of this order. The court, after consultation with counsel for the parties, shall enter a separate order regarding the scheduling and conduct of the settlement conference.

ORDERED, this 18 day of August, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge

---

[1] The Clerk's Office shall terminate counsel's limited representation at the conclusion of the settlement proceedings without further order of the court.