IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-306-BO-RN

| | |
|---|---|
| CHRISTIAN PROFFITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY ) | |
| ) | |
| Defendant. ) | |

This cause comes before the court on the memorandum and recommendation of United States Magistrate Judge Robert T. Numbers. [DE 90]. No party has filed an objection to the memorandum and recommendation (M&R), and the time for doing so has passed. In this posture, the matter is ripe for disposition.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*,

288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

Magistrate Judge Numbers has recommended that plaintiff's motion for partial summary judgment [DE 62] be denied, and that defendant's motion for summary judgment [DE 67] be granted as to the sex discrimination claim and otherwise denied. Because plaintiff has failed to identify a valid comparator, defendant is entitled to summary judgment on her Title VII sex discrimination claim. The Court has reviewed the M&R for clear error and finds none. Accordingly, the Court adopts the M&R in full.

## CONCLUSION

For the foregoing reasons, Magistrate Judge Numbers' memorandum and recommendation [DE 90] is ADOPTED. Plaintiff's motion for partial summary judgment [DE 62] is DENIED. Defendant's motion for summary judgment [DE 67] is DENIED IN PART, but as to the Title VII sex discrimination claim, is GRANTED.

SO ORDERED, this **30** day of September 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE